1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | AARON D. SEYMOUR, | No. 1:22-cv-01146 GSA (PC)
12 |     Plaintiff, | ORDER REFERRING CASE TO POST-SCREENING EARLY ADR AND STAYING CASE FOR 120 DAYS
13 |   v. |
14 | DOE 1, et al., | DEFENDANT'S MOTION TO OPT OUT, IF ANY, DUE **AUGUST 19, 2024**
15 |     Defendants. |

16

17     Plaintiff is a state prisoner proceeding without counsel. Medina, the sole remaining
18 defendant in this case, has waived service of process. ECF Nos. 19, 20.
19     The undersigned is referring all post-screening civil rights cases filed by pro se state
20 inmates to Post-Screening Early ADR ("Alternative Dispute Resolution") in an effort to resolve
21 such cases more expeditiously and less expensively. Defense counsel from the Office of the
22 California Attorney General has agreed to participate in Early ADR. No defenses or objections
23 shall be waived by their participation.
24     As set forth in the screening order, plaintiff has stated a potentially cognizable civil rights
25 claim. Thus, the Court stays this action for a period of 120 days to allow the parties to investigate
26 plaintiff's claims, meet and confer, and then participate in a settlement conference.
27
28

There is a presumption that all post-screening prisoner civil rights cases assigned to the undersigned will proceed to settlement conference.[1] However, if after investigating plaintiff's claims and speaking with plaintiff, and after conferring with defense counsel's supervisor, defense counsel in good faith finds that a settlement conference would not be productive, defense counsel may move to opt out of Early ADR. A motion to opt out must be filed within sixty days of the date of this order.

Once the settlement conference is scheduled, at least seven days prior to the conference, the parties shall submit to the settlement judge a confidential settlement conference statement. The parties' confidential settlement conference statements shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case. Defendant shall e-mail the settlement conference statement to the settlement judge's e-mail box for proposed orders, available on the Court's website. Plaintiff shall place his settlement conference statement in the U.S. Mail addressed to the settlement conference judge, United States District Court, 2500 Tulare Street, Fresno, CA, 93721. Plaintiff shall mail his settlement conference statement so that it is received by the Court at least seven days before the settlement conference.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is STAYED for 120 days to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.

2. Within sixty days from the date of this order – **by August 19, 2024**, – defendant shall file any motion to opt out of Post-screening Early ADR.

---

[1] If the case does not settle, the Court will set a date for the filing of a responsive pleading.

1       3. At least seven days prior to the settlement conference, each party shall submit a
2   confidential settlement conference statement, as described above, to the settlement judge.
3   Defendant shall e-mail the settlement conference statement to the settlement judge's proposed
4   orders e-mail address.  Plaintiff shall place his settlement conference statement in the U.S. Mail
5   addressed to the settlement judge, United States District Court, 2500 Tulare Street, Fresno, CA,
6   93721.  Plaintiff shall mail his settlement conference statement so that it is received by the Court
7   at least seven days before the settlement conference.

8       4. If a settlement is reached at any point during the stay of this action, the parties shall file
9   a Notice of Settlement in accordance with Local Rule 160.

10      5. The parties remain obligated to keep the Court informed of their current addresses at
11  all times during the stay and while the action is pending.  Any change of address must be reported
12  promptly to the Court in a separate document captioned for this case and entitled "Notice of
13  Change of Address."  See L.R. 182(f).

IT IS SO ORDERED.

Dated:   **June 21, 2024**                       /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE