UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOE 1, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-01146 GSA (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 35) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2025, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to obey a court order and for failure to prosecute.  ECF No. 35.  The order issued because at that time Plaintiff had not timely served Defendant with supplemental discovery responses as he had been previously ordered to do.  See ECF No. 35 at 2 (order to show cause); ECF No. 32 at 6 (order directing Plaintiff to serve supplemental discovery responses on Defendant within thirty days).

On April 18, 2025, Defendant filed notice with the Court that Plaintiff had finally served adequate supplementary discovery responses.  ECF No. 36.  As a result, the order directing Plaintiff to show cause will be discharged.

Accordingly, IT IS HEREBY ORDERED that the order to show cause, issued April 3, 2025 (ECF No. 35) is hereby DISCHARGED.

**Any and all pending deadlines are to remain intact and on calendar.**

IT IS SO ORDERED.

Dated:   **June 2, 2025**                         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE